IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

___

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 1:19-10089-STA |
| RANDALL NIELSEN, | ) | |
| Defendant. | ) | |

___

**ORDER ON GUILTY PLEA
AND NOTICE OF SETTING**

___

This cause came to be heard on August 6, 2019, Assistant United States Attorney, Jim Powell, appearing for the Government and the defendant, Randall Nielsen, appearing in person, and with counsel, LaRonda Martin.

The defendant entered a plea of guilty to Count 1 and Count 2 of the Information.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, AUGUST 6, 2019 at 3:00 P.M., before Chief Judge S. Thomas Anderson.**

The defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 6th day of August, 2019.

                                                             s/ S. Thomas Anderson
                                                       CHIEF JUDGE, U. S. DISTRICT COURT